UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHASE MASTERS,

    Plaintiff,

v.                                             Case No: 8:14-cv-684-T-30TGW

DEVON SHARKEY, PETER BURSTEN
and BAYCARE BEHAVIORAL
HEALTH CENTER, INC.,

    Defendants.

## ORDER

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #6). After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted in part and rejected in part. Accordingly, it is

**ORDERED AND ADJUDGED** that:

1. The Report and Recommendation (Dkt. #6) of the Magistrate Judge is adopted in part and rejected in part. It is adopted to the extent that Plaintiff's Complaint is dismissed without prejudice. Plaintiff shall have twenty (20) days to file an Amended Complaint. Failure to file an Amended Complaint within that time will result in the case being closed without further notice.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. #2) is DENIED as moot. In the event that Plaintiff files an Amended Complaint, he may renew his *in forma pauperis* motion.

**DONE** and **ORDERED** in Tampa, Florida, this 26th day of March, 2014.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies Furnished To</u>:
Counsel/Parties of Record

S:\Even\2014\14-cv-684 adopt 6.docx