**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHASE MASTERS,

   Plaintiff,

v.                                             Case No: 8:14-cv-684-T-30TGW

DEVON SHARKEY, PETER BURSTEN
and BAYCARE BEHAVIORAL
HEALTH CENTER, INC.,

   Defendants.

_____

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates Plaintiff has failed to timely file an Amended Complaint pursuant to this Court's Order (Dkt. #7) entered on March 26, 2014. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 22nd day of April, 2014.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2014\14-cv-684 dismiss 6.docx